896

No. 305, Misc. MANN *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Gerry Levenberg* and *W. L. Craig* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 330, Misc. THREATT *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

No. 471, Misc. CHASE *v.* GLADDEN, WARDEN. Supreme Court of Oregon. Certiorari denied.

No. 490, Misc. TURPIN *v.* OHIO. C. A. 6th Cir. Certiorari denied.

No. 499, Misc. WIMBUSH *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 500, Misc. CARMACK *v.* WIMAN, WARDEN. Court of Appeals of Alabama. Certiorari denied. Petitioner *pro se. MacDonald Gallion,* Attorney General of Alabama, and *David W. Clark,* Assistant Attorney General, for respondent.